McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAHIBJEET SINGH, | ) |
| | ) Case No.: 2:18-cv-2792 MCE EFB |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| KIRSTJEN NIELSEN, et al., | ) **JOINT STIPULATION AND ORDER** |
| | ) **RE: EXTENSION OF TIME** |
| Defendants. | ) |

Defendants seek an additional 45 days in which to file an answer to the complaint or other dispositive pleading, and plaintiff does not object. Accordingly, the parties stipulate that the defendants' answer will be due on February 13, 2019.

Dated: December 21, 2018           Respectfully submitted,

                                   McGREGOR W. SCOTT
                                   United States Attorney

                                   s/ Audrey B. Hemesath
                                   AUDREY B. HEMESATH
                                   Assistant United States Attorney

                                   s/ Wahida Noorzad
                                   WAHIDA NOORZAD
                                   Attorney for the Plaintiff

1

**ORDER**

Pursuant to the parties' stipulation, Defendants' answer will be due on February 13, 2019.

IT IS SO ORDERED.

Dated: December 30, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE