McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAHIBJEET SINGH,<br><br>        Plaintiff,<br><br>    v.<br><br>KIRSTJEN NIELSEN, et al.,<br><br>        Defendants. | Case No.: 2:18-cv-2792 MCE EFB<br><br>**JOINT STIPULATION AND ORDER RE: SECOND EXTENSION OF TIME** |

Defendants seek an additional 45 days in which to file an answer to the complaint or other dispositive pleading, and plaintiff does not object. Accordingly, the parties stipulate that the defendants' answer will be due on March 27, 2019.

Dated: February 13, 2019                    Respectfully submitted,

                                            McGREGOR W. SCOTT
                                            United States Attorney

                                            s/ Audrey B. Hemesath
                                            AUDREY B. HEMESATH
                                            Assistant United States Attorney

                                            s/ Wahida Noorzad
                                            WAHIDA NOORZAD
                                            Attorney for the Plaintiff

1

ORDER

Pursuant to the stipulation of the parties, Defendants' response to the complaint shall be filed not later than March 27, 2019.

IT IS SO ORDERED.

Dated: February 14, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE