McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAHIBJEET SINGH, | ) |
|       Plaintiff, | ) Case No.: 2:18-cv-2792 MCE EFB |
| v. | ) |
| KIRSTJEN NIELSEN, et al., | ) **JOINT STIPULATION AND ORDER RE: DISMISSAL** |
|       Defendants. | ) |

Pursuant to Fed. R. Civ. P. 41(a), the parties hereby stipulate to the dismissal of this action in its entirety.

Dated: March 28, 2019            Respectfully submitted,

                                               McGREGOR W. SCOTT
                                               United States Attorney

                                               s/ Audrey B. Hemesath
                                               AUDREY B. HEMESATH
                                               Assistant United States Attorney

                                               s/ Wahida Noorzad
                                               WAHIDA NOORZAD
                                               Attorney for the Plaintiff

ORDER

Pursuant to the stipulation of the parties, this action is hereby DISMISSED, and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: April 8, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE